**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, | ) |
| | ) CIVIL ACTION |
| | ) |
| Plaintiff, | ) FILE NO. 1:22-cv-00002-WS-B |
| | ) |
| v. | ) |
| | ) |
| POWERSOUTH ENERGY COOPERATIVE and | ) |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| POWERSOUTH ENERGY COOPERATIVE, | ) |
| | ) |
| Defendant/Third-Party Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| TRACTOR & EQUIPMENT COMPANY, INC., | ) |
| | ) |
| Third-Party Defendant. | ) |

**JOINT NOTICE OF SETTLEMENT**

COME NOW Plaintiff Great American Insurance Company, Defendants PowerSouth Energy Cooperative and Liberty Mutual Fire Insurance Company, and Third-Party Defendant Tractor & Equipment Company, Inc. (collectively, the "Parties"), and notify this Court that they have settled all claims in this matter still pending following entry of the Court's December 19, 2023 Summary Judgment Order. The Parties are currently working to prepare settlement documents and will file a Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and (c) within sixty (60) days.

1

Given the Parties' Settlement, they respectfully request that all upcoming pre-trial deadlines be continued indefinitely.

Respectfully submitted, this 19th day of January, 2024.

**KERSHAW WHITE LLC**

5881 Glenridge Drive, Suite 100
Atlanta, GA  30328
Telephone:  470-443-1100 main
Telephone:  470-344-0958 direct
Fax:  404-748-1179
*jeff.kershaw@kershawwhite.com*

**/s/ Jeffrey A. Kershaw_____**
**JEFFREY A. KERSHAW**
Georgia Bar No. 159054

***Counsel for Plaintiff Great American***
***Insurance Company***
***Admitted Pro Hac Vice***

**RUSHTON, STAKELY, JOHNSTON &**
**GARRETT P.A.**

184 Commerce Street
Montgomery, AL  36104
Telephone: 334-206-3100
*ebailey@rushtonstakely.com*

 **/s/ J. Evans Bailey**
 **J. EVANS BAILEY**
 **J. Evans Bailey (ASB-9995-J61B)**
 **Alan T. Hargrove, Jr. (ASB-7018-H46A)**
 ***(Signed by Jeffrey A. Kershaw***
 ***with express permission)***

 ***Counsel for Defendant***
 ***PowerSouth Energy Cooperative***

**MAYNARD COOPER & GALE, P.C.**

1901 6th Avenue North, Suite 1700
Birmingham, AL  35203
Telephone: 205-524-1840
Fax:205-254-1999
*jbaker@maynardcooper.com*

**/s/ Joshua B. Baker**
**JOSHUA B. BAKER**
***(Signed by Jeffrey A. Kershaw***
 ***with express permission)***

***Counsel for Defendant***
***Liberty Mutual Fire Insurance***
***Company, Inc.***

3

**BURR & FORMAN LLP**

Post Office Box 2287
Mobile, AL  36652
Telephone: 251-344-5151
Fax:251-344-9696
*mstrasavich@burr.com*

**/s/ Michael D. Strasavich**
MICHAEL D. STRASAVICH
 (STRAM9557)
*(Signed by Jeffrey A. Kershaw*
*with express permission)*

*Counsel for Third-Party Defendant*
*Tractor & Equipment Company, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, | )<br>) CIVIL ACTION<br>) |
| Plaintiff, | ) FILE NO. 1:22-cv-00002-WS-B<br>) |
| v. | )<br>) |
| POWERSOUTH ENERGY COOPERATIVE and<br>LIBERTY MUTUAL FIRE INSURANCE COMPANY, | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |
| POWERSOUTH ENERGY COOPERATIVE, | )<br>) |
| Defendant/Third-Party Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| TRACTOR & EQUIPMENT COMPANY, INC., | )<br>) |
| Third-Party Defendant. | ) |

## CERTIFICATE OF SERVICE

This is to certify that on this day, I served the foregoing document upon the Clerk of Court

using the CM/ECF system as follows:

J. Evans Bailey, Esq.
Rushton, Stakely, Johnston
& Garrett P.A.
184 Commerce Street
Montgomery, AL  36104
*ebailey@rushtonstakely.com*

*Counsel for Defendant
PowerSouth Energy Cooperative*

Joshua B. Baker, Esq.
Maynard Cooper & Gale, P.C.
1901 6th Avenue North, Suite 1700
Birmingham, AL  35203
*jbaker@maynardcooper.com*

*Counsel for Defendant
Liberty Mutual Fire Insurance
Company, Inc.*

Michael D. Strasavich, Esq.
Burr & Forman LLP
Post Office Box 2287
Mobile, AL  36652
*mstrasavich@burr.com*

**Counsel for Third-Party Defendant**
**Tractor & Equipment Company, Inc.**

Respectfully submitted, this 19th day of January, 2024.

**KERSHAW WHITE LLC**

5881 Glenridge Drive, Suite 100
Atlanta, GA  30328
Telephone:  470-443-1100 main
Telephone:  470-344-0958 direct
Fax:  404-748-1179
*jeff.kershaw@kershawwhite.com*

*/s/ Jeffrey A. Kershaw*
**JEFFREY A. KERSHAW**
Georgia Bar No. 159054

**Counsel for Plaintiff Great American**
**Insurance Company**
**Admitted Pro Hac Vice**